

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2014

No. 04-13-00213-CV

Mark A. **CANTU**,
Appellant

v.

**GUERRA & MOORE LLP**, Carlos Guerra, J. Michael Moore, and David Lumber,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ0001154 D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Sitting:        Catherine Stone, Chief Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice (not participating in motion for rehearing)

The panel has considered Appellees' motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

It is so ORDERED on this 9th day of September, 2014

.

ATTESTED to: _____

           Keith E. Hottle
           Clerk of Court

**PER CURIAM**

